NUMBER 13-01-298-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________

IN THE MATTER OF THE ESTATE OF MARY LEE HAMILTON, DECEASED

____________________________________________________________________

On appeal from the County Court 

of Wharton County, Texas.

____________________________________________________________________



MEMORANDUM OPINION

 

Before Justices Yanez, Rodriguez, and Dorsey (1)

Opinion Per Curiam



Appellants, Caroline Adair Hamilton, et al. , perfected an appeal from a judgment entered by the County Court District
Court of Wharton County, Texas, in cause number 12,337 . After this Court had rendered its decision in this cause, the
parties filed a joint motion to dismiss the appeal. In the motion, the parties state that they have reached an agreement to
settle and compromise their differences in the underlying suit. The parties request that this Court withdraw its opinion
issued on December 19, 2002, and that this Court remand the case to the trial court with instructions for the trial court to
vacate the judgment of March 29, 2001, and for the trial court to enter an agreed dismissal with prejudice.

The Court, having considered the documents on file and the joint motion to dismiss the appeal, is of the opinion that the
motion should be granted. The joint motion to dismiss is granted. The appeal is hereby DISMISSED, and the cause is
remanded to the trial court for entry of judgment in accordance with the parties' settlement agreement.

PER CURIAM

Opinion delivered and filed this

the 30th day of January, 2003 .

1. Retired Justice J. Bonner Dorsey assigned to this Court by the Chief Justice of the Supreme Court of Texas
pursuant to Tex. Gov't Code Ann. § 74.003 (Vernon 1998).